UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN WELLMAN, Individually and for Others Similarly Situated, ] | CASE NO. 2:14-cv-831 |
| *Plaintiff*, ] | |
| v. ] | COLLECTIVE ACTION |
| GRAND ISLE SHIPYARD, INC., ] | |
| *Defendant*. ] | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Court's Order of August 26, 2014 (Dkt. No. 16), Plaintiff submits the following Status Report.

**1.     A listing of all the parties and counsel who represent the parties.**

Plaintiff:                        Dean Wellman

Plaintiff's Counsel:     **LABORDE LAW FIRM LLC**
Derrick G. Earles (#29570)
203 Energy Parkway, Building B
Lafayette, Louisiana 70508-3843
Telephone:      (337) 261-2617
Facsimile:       (337) 261-1934
digger@labordelawfirm.com

**BRUCKNER BURCH PLLC**
James A. Jones
Texas Bar No.: 10908300
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
jjones@brucknerburch.com

      Defendant:                  Grand Isle Shipyard, Inc.

      Defendant's Counsel:      **PHELPS DUNBAR LLP**
                                      DAVID M. KORN, T.A. (#21676)
                                      MARYJO L. ROBERTS (#30692)
                                      ALEXIS A. BUTLER (#32376)
                                      Canal Place
                                      365 Canal Street • Suite 2000
                                      New Orleans, Louisiana 70130-6534
                                      Telephone: (504) 566-1311
                                      Telecopier: (504) 568-9130
                                      kornd@phelps.com
                                      robertsm@phelps.com
                                      lexy.butler@phelps.com

**2.**      **A list of any motions pending.**

      None.

**3.**      **The dates and times of status conference, pretrial conference, trial, along with indication whether jury or non-jury and expected trial days.**

      Status Conference:    9/24/14 @ 9:45 a.m.

      Pretrial Conference:   1/30/15 @ 10:30 a.m.

      Jury/Non-Jury:        Non-Jury

      Expected trial days:   3

4.      A brief description of the factual and legal issues underlying the dispute:

      Plaintiff brings this suit under the Fair Labor Standards Act (FLSA) for the recovery of overtime due. Plaintiff and other similarly situated employees of Great Isles were denied overtime even though they were hourly employees to whom no exemption could apply (exemptions require that employee be paid on a salary basis). Defendant contends that Plaintiff and similarly situated employees were exempt from the overtime provisions of the FLSA, although Defendant fails to identify any specific exemption which applies to these employees.

      Factual Issues:      Were Plaintiff and similarly situated employees paid by the hour?
                              Were Plaintiff and similarly situated employees paid overtime for hours worked in excess of 40 hours in a workweek?
                              The amount of unpaid overtime owed to Plaintiff and similarly situated employees?

Legal Issues:   Are Plaintiff and the proposed class similarly situated?
Were Plaintiffs and the proposed class exempt from the FLSA's overtime requirements?
Was Defendant's violation willful?
Was Defendant's violation made in "good faith"?

**5.   A listing of any discovery which remains to be done.**

Deposition of Defendant's 30(b)(6) Representative
Deposition of various management and employees of Defendant
Deposition of Plaintiff
Limited discovery, if any, of Opt-Ins following issuance of Notice

**6.   A description of the status of any settlement negotiations.**

No settlement discussions have occurred to date.

Respectfully submitted,

/s/ James A. Jones
By: _____

**BRUCKNER BURCH PLLC**
James A. Jones
Texas Bar No.: 10908300
8 Greenway Plaza, Suite 1500
Houston, Texas  77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
jjones@brucknerburch.com


**LABORDE LAW FIRM LLC**
Derrick G. Earles (#29570)
203 Energy Parkway, Building B
Lafayette, Louisiana 70508-3843
Telephone:    (337) 261-2617
Facsimile:    (337) 261-1934
digger@labordelawfirm.com

**ATTORNEYS FOR PLAINTIFFS**